> Dismissal with prejudice acknowledged [29].
>
> *Matthew P. Brookman*
> Matthew P. Brookman, Judge
> United States District Court
> Southern District of Indiana
>
> Dated: March 25, 2025

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# EVANSVILLE DIVISION

| | |
|---|---|
| **DONELLE BOYD,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Cause No. 3:24-cv-00140-MPB-CSW |
| | ) |
| **DEACONESS HOSPITAL, INC.,** | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Donelle Boyd, and Defendant, Deaconess Hospital, Inc., hereby stipulate that the above-styled action be dismissed with prejudice, with each party to bear its own costs and fees.

Respectfully submitted,

/s/ *Lauren E. Berger*
Kyle F. Biesecker
Lauren E. Berger
BIESECKER DUTKANYCH & MACER, LLC
411 Main Street
Evansville, IN 47708
Telephone: 812.424.1000
Facsimile: 812.424.1005
E-mail: kfb@bdlegal.com
lberger@bdlegal.com

Attorneys for Plaintiff

/s/ *Mark A. McAnulty (with permission)*
Mark A. McAnulty, IN#18764-53
Nicholas J. Golding, IN#34603-82
KAHN, DEES, DONOVAN & KAHN, LLP
501 Main Street, Suite 305
Post Office Box 646
Evansville, Indiana 47735-3646
Telephone: (812) 423-3183
Facsimile: (812) 423-3841
Email: mmcanulty@kddk.com
Email: ngolding@kddk.com

Attorneys for Defendant

Dated: March __, 2025